**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-1043**

_____

In re: JUDEKENNETH MADUKA ORJI,

      Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Greenbelt.  (8:23-cv-02986-LKG)

_____

Submitted:  January 30, 2026                                  Decided:  February 3, 2025

_____

Before RUSHING, HEYTENS, and BERNER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Judekenneth Maduka Orji, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Judekenneth Maduka Orji petitions for a writ of mandamus seeking an order disqualifying Judge Lydia Griggsby from ongoing proceedings in the district court and reversing certain actions that the district court has taken in those proceedings. We conclude that Orji is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner "has a clear and indisputable right to" the relief he seeks and "has no other adequate means . . . to attain the desired relief." *In re Moore*, 955 F.3d 384, 388 (4th Cir. 2020) (citation modified). Additionally, mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

Upon review of the record, we conclude that Orji has not established that he has an indisputable right to the relief he seeks, nor that he does not have other means to obtain relief. Accordingly, we deny the petition for a writ of mandamus. We deny as moot Orji's motion for a stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2